UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:24-cr-154**

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> **Anthony Michael Peterson**, <br><br> Defendant. | **MOTION FOR FURLOUGH** |

Anthony Peterson requests a temporary furlough from 8:30-9:30 a.m. on January 23, 2025. The purpose of the furlough is to allow Mr. Peterson to electronically attend a Minnesota state hearing regarding an outstanding warrant.[1] If granted, Mr. Peterson would stay in some sort of police custody the entire time. He simply would be transferred from federal custody to the custody of the local Fargo jail so that he can use a tablet to attend the hearing remotely.

In short, it's a formality to allow Mr. Peterson to move from one part of the jail to another to participate in a state hearing despite being in federal custody. Once the hearing is done, Mr. Peterson will go back into federal custody.

---

[1] *See* Exhibit 1 (Hearing Notice).

Before filing this motion, Mr. Peterson's counsel spoke with the government, through Assistant United States Attorney, Jake Rodenbiker, and he indicated the government does not oppose the motion or the length of time requested.

For this reason, Anthony Peterson requests that the Court grant him a two-hour furlough from 8:30 – 9:30 a.m. on January 23, 2025.

Date: January 15, 2025               Respectfully submitted,

**Dane DeKrey**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN  56561-0853
dane@ringstromdekrey.com