UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:24-cr-154**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**Anthony Michael Peterson**,<br><br>    Defendant. | **SENTENCING POSITION** |

For the reasons identified in the sealed supplement to this sentencing position, Anthony Michael Peterson respectfully requests the Court sentence him to 50 months incarceration. He believes this sentence is "sufficient, but not greater than necessary, to comply with" 18 U.S.C. § 3553(a).

Date: April 22, 2025      Respectfully submitted,

              */s/ Dane DeKrey*
              Dane DeKrey (#09524)
              **RINGSTROM DEKREY PLLP**
              814 Center Avenue, Suite 5
              Moorhead, MN 56561-0853
              (218) 284-0484
              dane@ringstromdekrey.com